**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 10-7096**

————————

ROGELIO ARCE,

              Petitioner - Appellant,

       v.

WARDEN, FCI-Williamsburg,

              Respondent – Appellee,

       and

ARMANDO MIRELES, DHO & ERT Commander; MICHAEL DOPORTO, SIS,

              Respondents.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (4:09-cv-02248-CMC)

————————

Submitted: February 10, 2011      Decided: February 18, 2011

————————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Rogelio Arce, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rogelio Arce, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Arce's 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Arce v. Warden, No. 4:09-cv-02248-CMC (D.S.C. July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED